UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                )
ELECTRONIC PRIVACY              )
INFORMATION CENTER,             )
                                )
          Plaintiff,            )
                                )
          v.                    )     Civil Action No. 12-127 (RWR)
                                )
U.S. DEPARTMENT OF JUSTICE      )
CRIMINAL DIVISION, et al.,      )
                                )
          Defendants.           )
_____)

## SCHEDULING ORDER

Upon consideration of the representations made in court by counsel at the June 1, 2012 initial scheduling conference, it is hereby

ORDERED that:

1.   This case shall proceed with the following deadlines:

*Vaughn* index                          November 1, 2012
Defendants' dispositive motion          December 17, 2012
Plaintiff's opposition and cross-motion January 16, 2013
Defendants' reply and opposition        February 15, 2013
Plaintiff's reply                       March 1, 2013

2.   **Court dates and any deadline for the close of discovery may be continued only by leave of the undersigned.**  A motion for a continuance of a court date must include alternative dates that have been agreed to by all parties.  Failure to provide such information may result in denial of the motion.

3.   **Deadlines (other than any deadline for the close of discovery) may be altered, when all parties consent, by the filing of a Consent Notice specifying the altered deadlines and stating all parties' consent.  The altered deadlines shall be**

-2-

**effective upon the filing of the Consent Notice; no court Order
shall be required.**

4.    Any motion that does not comply with Local Civil Rule
7(c) or 7(m) may be, *sua sponte*, denied.   Every motion for
summary judgment and opposition to such a motion must comply with
Local Civil Rule 7(h).   A statement of facts accompanying such a
motion or opposition and a separate concise statement of genuine
disputed issues accompanying such an opposition must be set forth
in separately numbered paragraphs.   An opposition to a motion for
summary judgment must contain a response to any statement of
undisputed material facts that sets forth each paragraph of the
movant's statement and immediately following each such paragraph
sets forth the opponent's response to those facts along with
specific references to the parts of the record relied upon to
support the response.   If an opposition fails to include a
separate concise statement of genuine disputed issues, or a
response to the statement of facts, or specific references to the
parts of the record relied upon to support the statement or
response, the court may treat as conceded any facts asserted in
the movant's statement of facts.

5.    The parties and their counsel are expected to evaluate
their respective cases for settlement purposes.   Submission to
alternative dispute resolution, *e.g.*, mediation or neutral
evaluation, is encouraged and available upon request to the Court
at any time, as is a settlement conference before a magistrate
judge.   If the case settles in whole or in part, plaintiff's
counsel shall advise the Court by promptly filing a stipulation.

6.    Parties' written communication with the Court is to be
by motion, opposition, and reply, rather than by letter.   Oral
inquiries concerning the status or scheduling of any pending
matter shall be directed to the Courtroom Deputy Clerk,
Mr. Harold Smith, (202) 354-3163, rather than to chambers.   If
Mr. Smith is unavailable, such inquiries shall be directed to the

-3-

staff person in the Clerk's Office designated as his substitute. In an emergency, however, chambers can be reached at (202) 354-3400.

SIGNED this 6th day of June, 2012.

_____/s/_____
RICHARD W. ROBERTS
United States District Judge