UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY <br> INFORMATION CENTER, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE <br> CRIMINAL DIVISION, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  Civil Action No. 1:12-00127-RWR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **CONSENT NOTICE OF STIPULATION TO AMEND BRIEFING SCHEDULE**

Defendants U.S. Department of Justice Civil Division, National Security Division, and Federal Bureau of Investigation hereby submit this Consent Notice informing the Court of a stipulation by the parties to amend the briefing schedule in this case.

On September 6, 2012, the Court entered a Scheduling Order in this matter, in which it established deadlines for the parties' filing of dispositive motions. Pursuant to the Court's Order, "[d]eadlines (other than any deadline for the close of discovery) may be altered, when all parties consent, by the filing of a Consent Notice specifying the altered deadlines and stating all parties' consent." Dkt. 8 at 1.

On December 12, 2012, the undersigned conferred with counsel for Plaintiff Electronic Privacy Information Center, Ginger McCall, who indicated that Plaintiff consents to amending the schedule to reflect the following deadlines:

| | |
|---|---|
| Defendants' dispositive motion: | January 31, 2013. |
| Plaintiff's opposition and cross-motion: | March 4, 2013. |
| Defendants' reply and opposition: | April 3, 2013. |

      Plaintiff's reply:                April 17, 2013.

Dated: December 12, 2012.      Respectfully submitted,

                                    STUART F. DELERY
                                    Principal Deputy Assistant Attorney General

                                    ELIZABETH J. SHAPIRO
                                    Deputy Branch Director

                                    */s/ Scott Risner*
                                    SCOTT RISNER (MI Bar No. P70762)
                                    Trial Attorney
                                    United States Department of Justice
                                    Civil Division, Federal Programs Branch
                                    20 Massachusetts Avenue, N.W.
                                    Washington, D.C. 20001
                                    Telephone: (202) 514-2395
                                    Fax: (202) 616-8470
                                    Email: scott.risner@usdoj.gov

                                    Counsel for Defendants