**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 12-cv-00127 (RWR) |
| U.S. DEPARTMENT OF JUSTICE CRIMINAL DIVISION, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion for Leave to File *Ex Parte* and *In Camera* Exhibits Concerning Withholding of Investigative Records, it is hereby

ORDRED that Defendants' motion is GRANTED, and

FURTHER ORDERED that the Clerk accept Exhibits 2, 4, and 6 to Defendants' Motion for Summary Judgment for *ex parte* and *in camera* review by the Court.

Dated: _____.

                                                            Hon. Richard W. Roberts
                                                           United States District Court Judge