IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>U.S. DEPARTMENT OF JUSTICE  )<br>CRIMINAL DIVISION, et al.,  )<br>  )<br>Defendants.  )  | Case No. 12-cv-00127 (RWR) |

### DEFENDANTS' NOTICE OF FILING *EX PARTE* AND *IN CAMERA* EXHIBITS IN CONNECTION WITH DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 5.4(e)(1), notice is hereby given that Defendants are filing the following three documents *ex parte* and *in camera* in connection with their Motion for Summary Judgment:

- *Ex Parte* and *In Camera* Declaration of David M. Hardy (FBI) (Exhibit 2 to Defendants' motion);

- *Ex Parte* and *In Camera* Declaration of Mark A. Bradley (NSD) (Exhibit 4 to Defendants' motion); and

- *Ex Parte* and *In Camera* Declaration of John E. Cunningham III (Criminal Division) (Exhibit 6 to Defendants' motion).

Defendants are simultaneously filing a motion for leave to file the foregoing exhibits *ex parte* and *in camera*. Defendants are not providing the documents to Plaintiff or its counsel.

Dated: January 31, 2013.

Respectfully submitted,

STUART F. DELERY
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

        */s/ Scott Risner*
SCOTT RISNER (MI Bar No. P70762)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 514-2395
Fax: (202) 616-8470
Email: scott.risner@usdoj.gov

Attorneys for Defendants