# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 12-cv-00127 (RWR) ) |
| U.S. DEPARTMENT OF JUSTICE CRIMINAL DIVISION, et al., | ) ) ) ) |
| Defendants. | ) ) |

## INDEX OF EXHIBITS SUBMITTED WITH DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

DOCUMENT            EXHIBIT

Declaration of David M. Hardy (FBI) ........................................................................................... 1

*Ex Parte* and *In Camera* Declaration of David M. Hardy (FBI) ..................................................... 2

Declaration of Mark A. Bradley (NSD) ......................................................................................... 3

*Ex Parte* and *In Camera* Declaration of Mark A. Bradley (NSD) .................................................. 4

Declaration of John E. Cunningham III (Criminal Division) ........................................................ 5

*Ex Parte* and *In Camera* Declaration of John E. Cunningham III (Criminal Division) ................. 6