**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 12-cv-00127 (RWR) |
| U.S. DEPARTMENT OF JUSTICE CRIMINAL DIVISION, et al., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**[PROPOSED] ORDER**

Before the Court is Defendants' Motion for Summary Judgment. Having reviewed the motion, it is hereby

ORDERED that the motion is granted, and it is

FURTHER ORDERED that judgment in this matter is entered for Defendants.

Dated: _____.

_____
Hon. Richard W. Roberts
United States District Court Judge