**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No: 12-cv-00127 (RWR) ) |
| U.S. DEPARTMENT OF JUSTICE CRIMINAL DIVISION, et al., | ) ) ) |
| Defendants. | ) ) |

**[PLAINTIFF'S PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for *In Camera* Examination of Withheld Records, and related filings, it is hereby:

ORDERED, that Plaintiff's Motion for *In Camera* Examination is GRANTED;

ORDERED, that Defendant shall produce a sample of the withheld records for the Court's inspection

Dated: _____.                    _____
                                                   Hon. Richard W. Roberts
                                                   United States District Judge