UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:12-00127-RWR |
| U.S. DEPARTMENT OF JUSTICE CRIMINAL DIVISION, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS' CONSENT MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR *IN CAMERA* EXAMINATION OF WITHELD RECORDS**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants U.S. Department of Justice Civil Division, National Security Division, and Federal Bureau of Investigation respectfully request an extension of their deadline to respond to Plaintiff's Motion for *In Camera* Examination of Withheld Records, Dkt. 17. This request is made in good faith, with good cause, and with Plaintiff's consent, as set forth below.

1. Pursuant to the scheduling order entered by the Court on June 6, 2012, *see* Dkt. 8, and amended by stipulation of the parties on December 12, 2012, *see* Dkt. 9, the parties are currently briefing cross-motions for summary judgment.

2. Defendants filed their motion for summary judgment on January 31, 2013. *See* Dkt. 12. On March 4, 2013, Plaintiff filed its opposition and cross-motion for summary judgment. *See* Dkts. 15, 16. The briefing schedule currently requires Defendants to file their reply and opposition concerning the summary judgment motions by April 3, 2013, and then requires Plaintiff to file its reply by April 17, 2013. *See* Dkt. 9.

3. At the same time that it filed its opposition and cross-motion, Plaintiff also filed a separate motion in which it asks the Court to conduct an *in camera* examination of the documents withheld by Defendants pursuant to FOIA. See Dkt. 17. Defendants' response to that motion is due March 21, 2013. The issues raised in that motion are intertwined with those raised in the parties' summary judgment motions – indeed, the motion largely repeats the discussion at pages 25-26 of the summary judgment brief – and there is no need for the Court to consider the propriety of *ex parte* review until summary judgment briefing is complete. Defendants therefore ask that they be permitted to respond to that motion when they file their summary judgment reply and opposition on or before April 3, 2013. This will ensure that the briefing in this case remains on a single track, which will reduce confusion and conserve the resources of the parties and the Court.[1] Defendants suggest that Plaintiff's reply deadline similarly be extended to April 17, 2013, the date by which they may file a reply in support of their motion for summary judgment.

4. Pursuant to Local Civil Rule 7.1(m), undersigned counsel has conferred with David Jacobs, counsel for Plaintiff, who indicated that Plaintiff consents to the relief requested herein.

Dated: March 5, 2013.            Respectfully submitted,

                                 STUART F. DELERY
                                 Principal Deputy Assistant Attorney General

                                 ELIZABETH J. SHAPIRO
                                 Deputy Branch Director

                                  /s/ Scott Risner
                                 SCOTT RISNER (MI Bar No. P70762)
                                 Trial Attorney
                                 United States Department of Justice
                                 Civil Division, Federal Programs Branch
                                 20 Massachusetts Avenue, N.W.

---

[1] Additionally, the undersigned counsel will be unavailable March 7-18, 2013, which will complicate preparing a response to Plaintiff's motion before the current deadline.

Washington, D.C. 20001
Telephone: (202) 514-2395
Fax: (202) 616-8470
Email: scott.risner@usdoj.gov

Counsel for Defendants