UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>U.S. DEPARTMENT OF JUSTICE CRIMINAL DIVISION, et al.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:12-00127-RWR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT NOTICE OF STIPULATION TO AMEND BRIEFING SCHEDULE**

　　Defendants U.S. Department of Justice Criminal Division, National Security Division, and Federal Bureau of Investigation hereby submit this Consent Notice informing the Court of a stipulation by the parties to amend the briefing schedule in this case and to extend the remaining briefing deadlines by seven days.

　　On September 6, 2012, the Court entered a Scheduling Order in this matter, in which it established deadlines for the parties' filing of dispositive motions. Pursuant to the Court's Order, "[d]eadlines (other than any deadline for the close of discovery) may be altered, when all parties consent, by the filing of a Consent Notice specifying the altered deadlines and stating all parties' consent." Dkt. 8 at 1.

　　Defendants filed their motion for summary judgment on January 31, 2013. Plaintiff filed an opposition and cross-motion for summary judgment on March 4, 2013. On the same day, Plaintiff also filed a separate motion seeking *in camera* review of the documents withheld by Defendants in this case. Pursuant to the parties' stipulation of December 12, 2012 , and the Court's Order of March 8, 2013, Defendants' reply and opposition regarding the summary judgment motions and

their opposition to Plaintiffs' motion for *in camera* review are due on April 3, 2013.

On April 1, 2013, the undersigned conferred with counsel for Plaintiff, David Jacobs, who indicated that Plaintiff consents to amending the schedule to reflect the following deadlines:

    Defendants' reply in support of their motion for summary judgment, opposition to Plaintiff's cross-motion for summary judgment, and opposition to Plaintiff's motion for *in camera* review:    April 10, 2013.

    Plaintiff's reply in support of its motion for summary judgment and reply in support of its motion for *in camera* review:    April 24, 2013.

Dated: April 1, 2013.    Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

 /s/ Scott Risner
SCOTT RISNER (MI Bar No. P70762)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 514-2395
Fax: (202) 616-8470
Email: scott.risner@usdoj.gov

Counsel for Defendants