# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 12-cv-00127 (RWR) |
| U.S. DEPARTMENT OF JUSTICE CRIMINAL DIVISION, et al., | ) ) ) ) |
| Defendants. | ) ) ) |

## **[PROPOSED] ORDER**

Before the Court are Defendants' Motion for Summary Judgment and Plaintiff's Cross-Motion for Summary Judgment. Having reviewed the motions, it is hereby

ORDERED that Defendants' motion is granted, and it is

FURTHER ORDERED that Plaintiff's motion is denied, and it is

FURTHER ORDERED that judgment in this matter is entered for Defendants.

Dated: _____.

　　　　　　　　　　　　　　　　　　　　Hon. Richard W. Roberts
　　　　　　　　　　　　　　　　　　　　United States District Court Judge