UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>                 Plaintiff,<br><br>       v.<br><br>DEPARTMENT OF JUSTICE CRIMINAL DIVISION, *et al*.<br><br>                 Defendants. | Civil Action No. 12-127 (BJR)<br><br>ORDER |

On March 4, 2015, the Court determined, *inter alia*, that Defendant NSD had conducted an inadequate search in response to Plaintiff EPIC's FOIA request. The Court hereby orders that NSD conduct an adequate search and provide a response by no later than April 30, 2015.

**SO ORDERED**.

March 17, 2015

*Barbara J. Rothstein*

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE