**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

ELECTRONIC PRIVACY
INFORMATION CENTER,

        Plaintiff,

        v.

U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, et al.,

        Defendants.

---

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 12-cv-00127 (BJR)

**MOTION FOR EXTENSION OF TIME FOR DEFENDANT NATIONAL SECURITY
DIVISION TO RESPOND TO PLAINTIFF'S FOIA REQUEST**

        Defendant U.S. Department of Justice National Security Division ("NSD"), by and

through undersigned counsel, respectfully moves this Court for a 45-day enlargement of time to

conduct an adequate supplemental search and provide a supplemental response to the Freedom of

Information Act ("FOIA") request submitted by Plaintiff Electronic Privacy Information Center

("EPIC").  In support of this motion, Defendant states as follows:

        1.        On March 4, 2015, this Court issued an order resolving the parties' cross-motions

for summary judgment and Plaintiff's motion for *in camera* review of Defendants' withheld

records in connection Plaintiff's FOIA action.  *See generally* Mem. Op., Dkt. No. 40.  The Court

granted summary judgment in favor of defendants U.S. Department of Justice Criminal Division

("CRM") and the Federal Bureau of Investigation ("FBI"), finding that the two components had

demonstrated that they conducted adequate searches and properly withheld any responsive

documents pursuant to FOIA Exemption 7.  *See id* at 9-20.  The Court also denied Plaintiff's

request that the Court conduct an *in camera* review of Defendants' withheld records, explaining

that Plaintiff had failed to allege that Defendants acted in bad faith and that components' public and *ex parte* declarations provided a sufficient basis from which to determine the propriety of Defendants' assertion that the documents should be withheld pursuant to FOIA Exemption 7(A). *See id.* at 20-21.

2.      However, the Court denied Defendants' summary judgment motion and granted summary judgment in favor of Plaintiff as to Defendant NSD.  *See id.* at 6-9.  Specifically, the Court found that NSD's affidavit failed to demonstrate that its search for responsive records was adequate, reasoning that the Division had failed to provide sufficient information regarding how it conducted its search and that it appeared that NSD had failed to use any search terms to search its records.  *See id.*  Because the Court found that NSD had failed to conduct an adequate search, it declined to consider the propriety of the Division's exemption assertions.  *See id.* at 9 n.6.

3.      On March 17, 2015, in accordance with its March 4, 2015 Memorandum and Opinion, the Court issued an order requiring NSD to "conduct an adequate search and provide a response by no later than April 30, 2015."  Mar. 17, 2015 Order 1, Dkt. No. 43.

4.      Since the issuance of this Court's March 17, 2015 Order, Defendant NSD has been working diligently to conduct a broadened, supplemental search for documents responsive to Plaintiff's FOIA request.  NSD FOIA staff has met with the lead attorney in the Counterespionage Section ("CES") who is assigned to the Wikileaks matter, the subject of Plaintiff's FOIA request.  Together, NSD FOIA staff and the CES attorney have identified four individuals — two in the Counterespionage section, and two in the Office of the Assistant Attorney General for NSD — who may possess responsive records.  NSD FOIA staff submitted administrative requests to provide the staff with access to the email accounts of those individuals.  NSD FOIA staff was provided access to the unclassified email accounts of those

individuals be able to start conducting the electronic searches on April 20, 2015.  NSD FOIA staff also requested access to the classified email accounts (both SECRET and TOP SECRET) of those individuals, and the staff is currently awaiting access to those accounts.  In addition, NSD FOIA staff has contacted other offices within the Division to determine whether individuals in those offices have any responsive records.  Finally, NSD FOIA staff has reviewed the pleadings in this matter and identified search terms to use to search the email accounts of individuals who may have documents responsive to Plaintiff's FOIA request.

5.      Although NSD FOIA staff has made significant progress in its effort to conduct the required supplemental search for responsive documents, the agency needs additional time to conduct an adequate search for records responsive to Plaintiff's FOIA request in accordance with this Court's March 17, 2015 Order.  NSD FOIA staff could not begin to electronically search for responsive emails using the search terms they identified until they were given access on April 20 to the unclassified email accounts of the individuals who are likely to have responsive documents, and the staff is still awaiting access to the classified email accounts so that those accounts can be electronically searched.  In addition, once records are identified using the search terms, NSD FOIA staff needs adequate time to manually review the documents to determine whether they are in fact responsive to the FOIA request, to determine whether any exemptions apply, and to make any necessary redactions.  NSD FOIA staff estimates that it will be able to conclude its search and the processing of any responsive records by mid-June 2015.

6.      NSD FOIA staff estimates that it will be able to complete its search and the processing of any responsive records within 45 days.  Accordingly, good cause exists to grant Defendant NSD a 45-day enlargement of time, from April 30, 2015, through and including June 15, 2015, to provide a supplemental response to Plaintiff's FOIA request.

7.      In addition to working on the supplemental search, NSD has also recently engaged with Plaintiff regarding the possibility of settling this matter.  The parties intend to continue discussing settlement in the coming days.

8.      On April 22 and April 23, 2015, pursuant to Local Rule of Civil Procedure 7(m), counsel for Defendant NSD conferred telephonically with Plaintiff's counsel regarding the relief requested in this motion.  Plaintiff's counsel stated that Plaintiff does not consent at this time to this motion.  Plaintiff's counsel noted that the request could become moot should the parties reach settlement.  NSD seeks the enlargement of time nonetheless because NSD has demonstrated good cause for the requested extension, and if the parties are unable to reach an agreement on settlement, NSD will need the requested enlargement of time to complete its supplemental search.

It would serve the interests of justice for Defendant NSD to have an additional 45-days to conduct a search for responsive records in accordance with this Court's March 17, 2015 Order. Accordingly, Defendant NSD respectfully requests that the Court enlarge the time in which it may complete the supplemental search by 45 days, or until June 15, 2015.

\
\
\
\
\
\
\
\

4

Dated: April 23, 2015                              Respectfully submitted,

                                                   BENJAMIN C. MIZER
                                                   Principle Deputy Assistant Attorney General

                                                   ELIZABETH J. SHAPIRO
                                                   Deputy Branch Director

                                                    /s/ Lisa Zeidner Marcus
                                                   LISA ZEIDNER MARCUS
                                                   Trial Attorney
                                                   (N.Y. Bar Registration No. 4461679)

                                                   United States Department of Justice
                                                   Civil Division, Federal Programs Branch
                                                   20 Massachusetts Avenue, N.W.
                                                   Washington, D.C. 20530
                                                   Telephone: (202) 514-3336
                                                   Fax: (202) 616-8470
                                                   Email: lisa.marcus@usdoj.gov

                                                   Counsel for Defendants