# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, ) ) ) ) Plaintiff, ) ) v. ) ) U.S. DEPARTMENT OF JUSTICE ) CRIMINAL DIVISION, et al., ) ) Defendants. ) ) | Civil Action No. 12-cv-00127 (BJR) |

## MOTION TO STAY

Defendant U.S. Department of Justice National Security Division ("NSD"), by and through undersigned counsel respectfully seeks a 30-day stay of this action, to allow the parties to finalize their tentative settlement agreement. In support of this motion, NSD states as follows.

1. On May 12, 2015, the parties agreed on the principal terms of a settlement for the remaining claim(s) in this matter. The settlement must be authorized by appropriate officials at the Department of Justice, a process that is currently underway, and then finalized and executed by the parties.

2. It would serve the interests of justice to stay litigation to allow the parties to work to finalize and execute their settlement agreement. Therefore, NSD respectfully requests that the Court enter a temporary stay of litigation.

3. NSD anticipates after the parties execute their agreement, they will notify the Court by filing a stipulation.

4. On June 15, 2015, undersigned counsel emailed and left a voicemail for plaintiff's counsel, to meet and confer about the instant motion, but was unable to obtain plaintiff's position on this motion prior to its filing.

NSD seeks this Court's support of the settlement process, and asks the Court to grant the instant motion for a 30-day stay of the action (until July 15, 2015), to allow the parties to finalize and execute a settlement agreement. For the reasons stated above, the Court should grant the motion.

Dated: June 15, 2015                        Respectfully submitted,

BENJAMIN C. MIZER
Principle Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

 */s/ Lisa Zeidner Marcus*
LISA ZEIDNER MARCUS
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
20 Massachusetts Avenue, N.W., 7th Floor
Washington, D.C. 20530
Phone: (202) 514-3336; Fax: (202) 616-8470
Email: lisa.marcus@usdoj.gov

Counsel for Defendants