# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 12-cv-00127 (BJR) ) |
| U.S. DEPARTMENT OF JUSTICE CRIMINAL DIVISION, et al., | ) ) ) |
| Defendants. | ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff the Electronic Privacy Information Center and Defendants the U.S. Department of Justice, National Security Division; the Federal Bureau of Investigation; and the U.S. Department of Justice, Criminal Division hereby stipulate to the dismissal of this action with prejudice.

Date: July 23, 2015

Respectfully submitted:

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

  */s/ Julia Horwitz*
Marc Rotenberg (DC Bar # 422825)
Julia Horwitz (DC Bar # 1018561)
ELECTRONIC PRIVACY
INFORMATION CENTER
1718 Connecticut Avenue, N.W., Suite 200
Washington, D.C. 20009
(202) 483-1140 (telephone)
(202) 483-1248 (facsimile)
Counsel for Plaintiff

ELIZABETH J. SHAPIRO
Deputy Branch Director

  */s/ Lisa Zeidner Marcus*
LISA ZEIDNER MARCUS
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
20 Massachusetts Avenue, N.W., 7th Floor
Washington, D.C. 2053
Phone: (202) 514-3336; Fax: (202) 616-8470
Email: lisa.marcus@usdoj.gov
Counsel for Defendants